Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DUANE DECKARD,<br><br>Defendant. | 1:22-CR-2066-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(3), (9), 924(a)(2)<br>Unlawful User of Controlled Substances and Person Convicted of Domestic Violence in Possession of a Firearm and Ammunition<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about December 18, 2021, in the Eastern District of Washington, the Defendant, JAMES DUANE DECKARD, knowing of his status as an unlawful user of and person addicted to any controlled substance and as a person previously convicted of a misdemeanor crime of domestic violence, to wit: Assault in the Third Degree – Domestic Violence, in violation of Wash. Rev. Code § 9A.36.031(1)(f), did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit:

INDICTMENT – 1

- a Ruger, model LCP, .380 caliber pistol with an obliterated serial number;
- one (1) round of Federal .380 caliber ammunition; and
- thirty (30) rounds of Federal .380 caliber ammunition,

which firearm and ammunition had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(3), (9), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for an offense in violation of 18 U.S.C. §§ 922(g)(3), (9), 924(a)(2), as set forth in this Indictment, the Defendant, JAMES DUANE DECKARD, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Ruger, model LCP, .380 caliber pistol with an obliterated serial number,
- one (1) round of Federal .380 caliber ammunition, and
- thirty (30) rounds of Federal .380 caliber ammunition.

DATED this 22nd day of June 2022.


Vanessa R. Waldref
United States Attorney

Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2